**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jesus VALENCIA FARIAS, also known as Jesus Ballencia Farias, also known as Arturo Chavez Gonzales, also known as Chewy, also known as Chuy, Defendant–Appellant.**

**No. 05–40497**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 6, 2007.

James N. Vasilas, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jesus Valencia Farias has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Farias has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See 5th Cir. R. 42.2.*

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.